UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| SCOTT A. HAMBLEN, | Civil No. 3:16-CV-05909-MAT |
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title II of the Social Security Act is REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will instruct the Administrative Law Judge to hold a new hearing; evaluate and weigh all medical opinions, including the opinions of John W. Luckwitz, M.D.; evaluate the claimant's impairments at step two; and proceed through the necessary steps of the sequential evaluation process.

Upon proper presentation to the Court, Plaintiff will be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d).

DATED this <u>19th</u> day of June, 2017.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Michael Tunick
_____
MICHAEL TUNICK
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2909
Fax: (206) 615-2531
michael.tunick@ssa.gov